IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DUSTY L. SIMMONDS,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0568

Opinion filed May 3, 2017.

An appeal from an order of the Circuit Court for Duval County.
Mark Borello, Judge.

Dusty L. Simmonds, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      DISMISSED.

WETHERELL, OSTERHAUS, and M.K. THOMAS, JJ., CONCUR.